commencing February 27, 1961; the appeal is ordered on the calendar for said term. On reargument, motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. It appears from the motion papers that appellant either has in his possession a copy of the original papers to be used in the consideration of his appeal or has full knowledge of their contents. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT FENZA and ANTONIO GALLOTTA, Appellants. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO GALLOTTA, PETER GUIDO and ALBERT FENZA, Appellants.— Motion by appellants to enlarge their time to perfect the appeals granted; time enlarged to the January Term, beginning January 3, 1961; appeals ordered to be placed on the calendar for said term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GIRARDI, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the March Term, commencing February 27, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying appellant's *coram nobis* application. It appears from the motion papers that appellant either has in his possession a copy of the original papers to be used in the consideration of this appeal or has full knowledge of the contents of such papers. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WARREN A. GRAVES, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. The appellant is directed to file six copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the March Term, beginning February 27, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. It appears from the motion papers that appellant either has in his possession a copy of the original papers to be used in the consideration of this appeal or has full knowledge of the contents of such papers. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LUBRIEN, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on a typewritten record (including the typewritten minutes) and on appellant's typewritten brief. The appellant is directed to file two copies of the typewritten record and six copies of his typewritten brief and to serve one copy of each on the District Attorney. Beldock, Acting P. J.. Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH H. McGUIRE, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the April Term, commencing March 27, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appel-